JS-6

O

FILED
CLERK, U.S. DISTRICT COURT

5/6/2015

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEIRON MARQUETT ELIAS,<br><br>　　　　Petitioner,<br><br>　vs.<br><br>G.S. LEWIS, WARDEN,<br><br>　　　　Respondent. | CASE NO. ED CV 14-00410 MWF (RZ)<br><br>JUDGMENT |

This matter came before the Court on the Petition of KEIRON MARQUETT ELIAS, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: May 6, 2015

_[signature]_

MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE